# EXHIBIT A

## EXHIBIT A
## OASIS TOUR ITINERARY

| | |
|---|---|
| August 28, 2025 | Soldier Field<br>Chicago, IL |
| August 31, 2025 | MetLife Stadium<br>East Rutherford, NJ |
| September 1, 2025 | MetLife Stadium<br>East Rutherford, NJ |
| September 6, 2025 | Rose Bowl Stadium<br>Pasadena, CA |
| September 7, 2025 | Rose Bowl Stadium<br>Pasadena, CA |